1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SHARON RIGHTMER,

                Plaintiff,

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 08-3314-OP

JUDGMENT

     Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

     IT IS ADJUDGED that Judgment be entered reversing the decision of the Commissioner of Social Security and remanding this matter for further administrative proceedings consistent with this Memorandum Opinion.

DATED:  November  24 ,  2009

HONORABLE OSWALD PARADA
United States Magistrate Judge